```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  COURTNEY FEIN, #244785
    Assistant Federal Defender
 3  Designated Counsel For Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorneys for Defendant
    GERARDO MAYA-CRUZ
 7

 8                    UNITED STATES DISTRICT COURT

 9                   EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,    ) No. CR. S-10-0185 FCD
                                 )
11              Plaintiff,       ) STIPULATION AND ORDER TO CONTINUE
                                 ) STATUS CONFERENCE
12       v.                      )
                                 ) Date: February 22, 2011
13  GERARDO MAYA-CRUZ            ) Time: 10:00 a.m.
                                 ) Judge: Hon. Frank C. Damrell, Jr.
14              Defendant.       )
                                 )
15
```

16      THE PARTIES STIPULATE, through counsel, Michele Beckwith,
17 Assistant United States Attorney, and Courtney Fein, Assistant Federal
18 Defender, attorney for GERARDO MAYA-CRUZ, that the Court should vacate
19 the status conference scheduled for January 18, 2011, at 10:00 a.m.,
20 and reset it for February 22, 2011, at 10:00 a.m.

21      Counsel for the defendant will require further time to review the
22 plea offer and the pre-sentence report with her client once she
23 receives them.  The parties further stipulate that the Court should
24 exclude the period from the date of this order through February 22,
25 2011, when it computes the time within which the trial of the above
26 criminal prosecution must commence for purposes of the Speedy Trial

28 STIPULATION AND ORDER                1                       Maya-Cruz

1  Act.  The parties stipulate that the ends of justice served by granting
2  the defendant's request for a continuance outweigh the best interest of
3  the public and the defendant in a speedy trial, and that this is an
4  appropriate exclusion of time for defense preparation within the
5  meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

6  Dated: January 10, 2011              Respectfully submitted,

7                                       DANIEL BRODERICK
                                        Federal Defender
8
                                        /s/ C. Fein
9                                       _____
                                        COURTNEY FEIN
10                                      Assistant Federal Defender

11 Dated: January 10, 2011              BENJAMIN B. WAGNER
                                        United States Attorney
12
                                        /s/ C.Fein for
13                                      _____
                                        MICHELE BECKWITH
14                                      Assistant U.S. Attorney

15

16                                **ORDER**

17     **IT IS SO ORDERED.**  The status conference is continued to February
18 22, 2011 at 10:00 a.m.  The court finds that a continuance is necessary
19 for the reasons stated above, and further finds that the ends of
20 justice served by granting a continuance outweigh the best interests of
21 the public and the defendant in a speedy trial.  Time is therefore
22 excluded from the date of this order through February 22, 2011,
23 pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

24

25 DATED: January 12, 2011

26                                       _____
                                         FRANK C. DAMRELL, JR.
27                                       UNITED STATES DISTRICT JUDGE

28 STIPULATION AND ORDER                 2                        Maya-Cruz