BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>GERARDO MAYA-CRUZ,<br> aka Ricardo Carlos Maya-Cruz,<br><br>        Defendant. | No. 2:10-cr-00185 KJM<br><br>STIPULATION AND ORDER TO<br>EXCLUDE TIME |

     The parties request that the status conference in this case be continued from February 17, 2011, to March 24, 2011 at 10:00 a.m.  They stipulate that the time between February 17, 2011 and March 24, 2011 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  Specifically, defense counsel needs time to review discovery with the defendant, to examine possible defenses, and to continue investigating the facts of the case.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh

the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §(7)(B)(iv).

Dated:  February 11, 2011        Respectfully submitted,

                                          BENJAMIN B. WAGNER
                                        United States Attorney

                                        */s/ Michele Beckwith*
                          By:  Michele Beckwith
                                Assistant U.S. Attorney

Dated: February 11, 2011

                                        */s/ Courtney Fein*
                                        COURTNEY FEIN
                                        Attorney for Defendant

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, and with the understanding that the parties are working toward a possible resolution by March 24, 2011, it is ordered that the status conference presently set for February 17, 2011, be continued to March 24, 2011, at 10:00 a.m.  Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including, the March 24, 2011, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated: February 15, 2011.

_____
UNITED STATES DISTRICT JUDGE