DANIEL J. BRODERICK, #89424
Federal Defender
COURTNEY FEIN, #244785
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
GERARDO MAYA-CRUZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:10-cr-00185 KJM |
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) ) | Date:  March 24, 2011 |
| GERARDO MAYA-CRUZ | ) ) | Time: 10:00 a.m. |
| Defendant. | ) ) | Judge: Hon. Kimberly J. Mueller |
| _____ | ) | |

     THE PARTIES STIPULATE, through counsel, Michele Beckwith, Assistant United States Attorney, and Courtney Fein, Assistant Federal Defender, attorney for GERARDO MAYA-CRUZ, that the Court should vacate the status conference hearing scheduled for March 24, 2011, at 10:00 a.m., and set status conference for April 21, 2011, at 10:00 a.m.

     Counsel for the defendant requires further time to speak with the U.S. Attorney regarding the proposed disposition per Mr. Maya-Cruz's request.  The parties further stipulate that the Court should exclude the period from the date of this order through April 21, 2011, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that this is

1

an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: March 22, 2011

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ C. Fein

———————————————
COURTNEY FEIN
Assistant Federal Defender

Dated: March 22, 2011

BENJAMIN B. WAGNER
United States Attorney

/s/ C. Fein for

———————————————
MICHELE BECKWITH
Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED.**  The status conference is vacated and a status conference set for April 21, 2011 at 10:00 a.m.  The court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through April 21, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED:  March 23, 2011.

———————————————
UNITED STATES DISTRICT JUDGE

2